Ronald Byrd HUDSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 63865.

Missouri Court of Appeals,
Western District.

Nov. 30, 2004.

Nancy A. McKerrow, State Public Defender Office, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Office of Attorney General, Jefferson City, for respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, PAUL M. SPINDEN, Judge, and JAMES M. SMART, JR., Judge.

### ORDER

Ronald Byrd Hudson appeals the circuit court's judgment denying his Rule 24.035 motion to set aside his guilty plea to one count of attempted robbery in the first degree. We affirm. Rule 84.16(b).